UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Eric Floyd**  Docket No. 5:15-CR-261-3D

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eric Floyd, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Methamphetamine , was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on February 23, 2016, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Eric Floyd was released from custody on July 05, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 29, 2017, the defendant tested positive for amphetamine and methamphetamine. He was confronted, but denied using any substances. The probation officer informed him that although his initial substance abuse assessment reflected no need for services, he would be required to undergo treatment based upon this result. On December 20, 2018, Floyd tested positive for amphetamine and methamphetamine. When confronted with this result, he admitted to using methamphetamine in November and December. Floyd agreed to serve two days in custody and agreed to the addition of a DROPS condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  /s/ Julie Wise Rosa
Michael C. Brittain  Julie Wise Rosa
Supervising U.S. Probation Officer  Senior U.S. Probation Officer
 310 New Bern Avenue, Room 610
 Raleigh, NC 27601-1441
 Phone: 919-861-8675
 Executed On: January 10, 2018

Eric Floyd
Docket No. 5:15-CR-261-3D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 19 day of January, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge